UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Colucci, Joseph M.

Case No.:   __18-30406-CMG_____

Chapter:   _____7_____

Judge:   __Christine M. Gravelle_____

---

### NOTICE OF PROPOSED ABANDONMENT

_Andrea Dobin,_____    __Chapter 7 Trustee_____    in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clerk of the U.S. Bankruptcy Court<br>U.S. Courthouse, 1st floor<br>402 E. State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on February 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no _3_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the  abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Real estate located at:<br>845 W. 2nd Street<br>Middlesex, NJ<br><br>Valued at $220,000.00 |

| Liens on property: |
|---|
| PHH<br>$138,748.00<br>PHH<br>$40,679.00 |

| Amount of equity claimed as exempt: |
|---|
| $18,675.00 |

Objections must be served on, and requests for additional information directed to:

Name:   __Andrea Dobin, Trustee_____

Address:   __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-30406-CMG
Joseph M. Colucci                                               Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jan 23, 2019
                             Form ID: pdf905       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db           +Joseph M. Colucci,    845 West Second Street,    Middlesex, NJ 08846-1655
517849792     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
517811309    +Amex,    Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
517811310   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998)
517811311    +Barneys Of New York,    Po Box 326,    Lyndhurst, NJ 07071-0326
517811313    +Mattleman Weinroth,    401 Route 70 East, Ste.100,    Cherry Hill, NJ 08034-2410
517811314    +Mortgage Service Center/PHH Mortgage,    Attn: Bankruptcy Department,    Po Box 5452,
               Mount Laurel, NJ 08054-5452
517915096    +PNC Bank, N.A.,    c/o PHH Mortgage Corporation,    One Mortgage Way Mail Stop SV01,
               Mt. Laurel, New Jersey 08054-4637
517932464    +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
517811315    +Pnc Bank,    Attn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
               Cleveland, OH 44101-4982
517811316    +Richard Merlino & Assoc.,    7 Montague Ave,    Trenton, NJ 08628-1707
517811317    +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517811320    +Weldon materials Inc,    141 Central Ave,    Westfield, NJ 07090-2189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:30    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:27    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517811312    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 23:56:26    Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517811318    +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:55:39    Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517912721    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2019 23:57:27    Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517811319    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2019 23:49:06
               Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
               Weldon Spring, MO 63304-2225
                                                                                 TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
            Andrea Dobin    ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
            Charles G. Wohlrab    on behalf of Creditor    PNC Bank N.A. cwohlrab@logs.com,
            njbankruptcynotifications@logs.com
            Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
            rsolarz@kmllawgroup.com
            Stephen M. Zullo    on behalf of Debtor Joseph M. Colucci szullo@simonattorneys.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Jan 23, 2019
                             Form ID: pdf905           Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                    TOTAL: 5