UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen Zullo, Esq.
40 W. High St.
Somerville, NJ 08876
Phone: 800-709-1131
e-mail: szullo@simonattornys.com
Attorneys for Debtor
SZ-7098

**Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH COLUCCI

| | |
|---|---|
| Case Number: | 18-30406 |
| Hearing Date: | 3/12/2019 @ 10:00 AM |
| Judge: | CMG |
| Chapter: | 7 |

Recommended Local Form:  ☒ Followed   ☐ Modified

### ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: March 12, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as   845 West Second Street, Middlesex, New Jersey 08846  , and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.   Weldon Materials Inc., J-160152-2015

2.   Bank of America NA, J-136034-2016

3.   

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*