UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen Zullo, Esq.
40 W. High St.
Somerville, NJ 08876
Phone: 800-709-1131
e-mail: szullo@simonattornys.com
Attorneys for Debtor
SZ-7098

**Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH COLUCCI

| | |
|---|---|
| Case Number: | 18-30406 |
| Hearing Date: | 3/12/2019@10:00 AM |
| Judge: | CMG |
| Chapter: | 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: March 12, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as   845 West Second Street, Middlesex, New Jersey 08846  , and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.   Weldon Materials Inc., J-160152-2015

2.   Bank of America NA, J-136034-2016

3.   _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-30406-CMG
Joseph M. Colucci                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
db          +Joseph M. Colucci,   845 West Second Street,   Middlesex, NJ 08846-1655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:
      Andrea Dobin   ecftrusteead@msbnj.com, NJ55@ecfcbis.com
      Charles G. Wohlrab   on behalf of Creditor   PNC Bank N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Rebecca Ann Solarz   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com
      Stephen M. Zullo   on behalf of Debtor Joseph M. Colucci szullo@simonattorneys.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5