**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph M. Colucci <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3460 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–30406–CMG

# Order of Discharge                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph M. Colucci

3/22/19                                                **By the court:** Christine M. Gravelle
                                                                        United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-30406-CMG
Joseph M. Colucci                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 22, 2019
                              Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
db          +Joseph M. Colucci,    845 West Second Street,    Middlesex, NJ 08846-1655
517811311   +Barneys Of New York,    Po Box 326,   Lyndhurst, NJ 07071-0326
517811313   +Mattleman Weinroth,    401 Route 70 East, Ste.100,    Cherry Hill, NJ 08034-2410
517811314   +Mortgage Service Center/PHH Mortgage,    Attn: Bankruptcy Department,    Po Box 5452,
             Mount Laurel, NJ 08054-5452
517915096   +PNC Bank, N.A,   c/o PHH Mortgage Corporation,    One Mortgage Way Mail Stop SV01,
             Mt. Laurel, New Jersey 08054-4637
517932464   +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
517811315   +Pnc Bank,   Attn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
             Cleveland, OH 44101-4982
517811316   +Richard Merlino & Assoc.,    7 Montague Ave,   Trenton, NJ 08628-1707
517811317   +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517811320   +Weldon materials Inc,    141 Central Ave,   Westfield, NJ 07090-2189
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:09    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:05    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517849792    EDI: BECKLEE.COM Mar 23 2019 04:48:00    American Express National Bank,
             c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517811309   +EDI: AMEREXPR.COM Mar 23 2019 04:48:00    Amex,    Correspondence/Bankruptcy,    Po Box 981540,
             El Paso, TX 79998-1540
517811310    EDI: BANKAMER.COM Mar 23 2019 04:48:00    Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
             El Paso, TX 79998
517811312   +EDI: CAPITALONE.COM Mar 23 2019 04:48:00    Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
517811318   +EDI: RMSC.COM Mar 23 2019 04:48:00    Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
             Po Box 965060,   Orlando, FL 32896-5060
517912721   +EDI: AIS.COM Mar 23 2019 04:48:00    Verizon,   by American InfoSource as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517811319   +EDI: VERIZONCOMB.COM Mar 23 2019 04:48:00    Verizon Wireless,
             Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
             Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
```
              Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Charles G. Wohlrab    on behalf of Creditor   PNC Bank N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Stephen M. Zullo    on behalf of Debtor Joseph M. Colucci szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```